# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:18 mj 297
)
ZTE Model Z832 cellular phone, blue and silver, )
IMEI: 869627026319541, S/N: 328C74090E32 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
ZTE Model Z832 cellular phone, blue and silver, IMEI: 869627026319541, S/N: 328C74090E32

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A, which is attached hereto and incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 United States Code, 846 | Conspiracy to possess with the intent to distibute over 5 kilograms of cocaine |

The application is based on these facts:
See Attached Affadavit

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Lance Jardot
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___4/4/2018___

_____
*Judge's signature*

City and state: ___Colmbus, Ohio___     Kimberly A. Jolson, US Magistrate Judge
*Printed name and title*

# AFFIDAFIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lance E. Jardot, (hereafter referred to as affiant) being duly sworn, depose and state:

Your Affiant is a Special Agent of the Drug Enforcement Administration (DEA) since February 2017, assigned to the Detroit Field Division, Columbus District Office. As such, your Affiant is an "investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C.§ 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 U.S.C.§ 2516. Your affiant is empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of Title 21 U.S.C. § 878.

Your Affiant holds a Bachelor's Degree in Interdisciplinary Studies (Criminal Justice & Natural Sciences).

Prior to being employed by the DEA, your Affiant was employed as a Special Agent for the Oklahoma Bureau of Narcotics. Your Affiant has accumulated the following training and experience:

(a) Your Affiant has completed the DEA Basic Agent Training Academy; Oklahoma Council on Law Enforcement Education and Training Basic Police Training Academy; Oklahoma Bureau of Narcotics – Basic Narcotics Investigator's Course.

(b) Your Affiant's specialized narcotics related training includes drug identification, interview and interrogation, managing informants, undercover operations, conspiracy investigations, surveillance and electronic monitoring techniques, tactical application of narcotics enforcement, search and seizure law, pharmaceutical diversion, clandestine drug labs, marijuana cultivation and money laundering investigations. Your affiant receives training on a daily basis by conducting criminal narcotic investigations and drawing on the expertise of agents more experienced than your Affiant.

(c) As a DEA Special Agent and OBN Special Agent, your Affiant's experience includes conducting and/or participating in the following: criminal arrests, interviewing drug users and drug distributors, undercover drug buys involving both confidential sources and undercover law enforcement agents, conducting surveillance, trash seizures, and executing search and seizure warrants.

## INVESTIGATIVE BACKGROUND

Because this affidavit is being submitted for the limited purpose of seeking authorization for the execution of a search warrant, your affiant has not set forth each and every fact learned during the course of the investigation. Your affiant has set forth only those facts that your affiant believes are necessary to establish the foundation for an order authorizing the requested search warrants.

On March 29, 2018, the Ohio State Highway Patrol (OSP) conducted a traffic stop on a rental vehicle, a Nissan Altima, for a traffic violation. The driver of the Nissan Altima was Samuel CORREA-FLORES and the front seat passenger was Jassiel Eliud CASTANEDA-TISCARENO.

OSP Troopers observed both CORREA-FLORES and CASTANEDA-TISCARENO exhibiting nervous behavior and they both provided a story about their travel that did not make sense. OSP Troopers used a drug detection canine to conduct a free-air sniff of the vehicle and the canine provided a positive alert for the presence of narcotics odor.

A probable cause search of the Nissan Altima resulted in the location of approximately 6 kilograms of suspected cocaine hidden inside the natural voids of the seat backs of the two front seats.

Investigators later learned this was not the first trip CORREA-FLORES and CASTANEDA-TISCARENO had made together for the purpose of delivering illegal narcotics.

Based on the facts described above as well as my training and experience, and the training and experience of other law enforcement officers involved in this investigation, Your Affiant knows that drug traffickers and money launderers commonly use multiple cellular telephones and other mobile digital devices to communicate with other members of the drug trafficking organization.

Also, drug traffickers and money launderers commonly maintain names, telephone numbers, addresses, audio text messages and photographs sent between members of the drug trafficking organization which they support in those telephones and digital storage devices. Agents believe that information contained in the above listed cell phones to be searched could possibly assist agents in learning, among other things, the identity and/or location of other yet unidentified members of this drug trafficking organization as well as unidentified sources of supply.

Based on the information contained in this affidavit, there is probable cause to believe that the items listed above and detailed in attachment A, will be found in the items to be searched. Your Affiant hereby respectfully requests the issuance of federal search warrants for the four cellular telephones seized from Samuel CORREA-FLORES and Jassiel Eliud CASTANEDA-TISCARENO, who were arrested in West Jefferson, Ohio on 03-29-2018 as part of a conspiracy to possess with the intent to distribute more than 5 kilograms of cocaine.

The items to be searched are described as:

1. ZTE Model Z982 cellular phone, black and silver, IMEI: 867885033439312, S/N: 320677267300

2. ZTE Model Z832 cellular phone, blue and silver, IMEI: 869627026319541, S/N: 328C74090E32

3. Samsung Galaxy Model SM-G530AZ UD cellular phone, white and silver, IMEI: 355636072483615, S/N: R28H2096CPR

4. LG cellular phone, gold and silver, IMEI: 354887078403609, S/N: 702CYLH840360

Lance Jardot
Special Agent
Drug Enforcement Administration

Subscribed and Sworn before me
This 4th day of April, 2018

Honorable Kimberly A. Jolson
U.S. Magistrate Judge
Southern District of Ohio

# ATTACHMENT A

Contact Lists
Recent Call History including dialed, missed and received calls.
Text messages
Photographs
Phone identification information
Spreadsheets
Documents
Calendar and appointments
Internet usage history and emails
Applications
Voice mails
Any other digital data or media that can be accessed through the device